05-CR-00116-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> ELIZABETH "VICKI" GORD, <br> Defendant. | NO. CR-05-116-RHW <br><br> ORDER ACCEPTING <br> GUILTY PLEA |

The Court finds that Defendant's plea of guilty to Count 1 of the Indictment is knowing, intelligent, and voluntary, and is not induced by fear, coercion, or ignorance. The Court finds that this plea is given with knowledge of the charged crime, the essential elements of the charged crime, the Government's evidence of the charged crime, and the consequences thereof. The Court further finds that the facts admitted to by Defendant in open court constitute the essential elements of the crime as charged.

**IT IS ORDERED** that the guilty plea is **ACCEPTED**, and **all pending motions are denied as moot.** The District Court Executive is directed to enter this order and to provide copies to counsel.

**DATED** this _____ day of March, 2006.

ROBERT H. WHALEY
United States District Judge

Q:\Myfiles\Mmf\Seattle Cases\GordChangeplea.ord.wpd

ORDER ACCEPTING GUILTY PLEA - 1